UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1, 2, 3, 4, 5, 6, 7, 8, and 9 and PARENT DOES 1, 2, 3, 4, and 5 | § § § | |
| V | § | NO. 3:22-CV-01782-M |
| KAPPA ALPHA THETA FRATERNITY, INC. and BETA SIGMA CHAPTER of KAPPA ALPHA THETA FRATERNITY, INC., and BETA SIGMA FACILITY CORPORATION OF KAPPA ALPHA THETA FRATERNITY, INC. | § § § § § § § § § | |

ORDER ON DEFENDANT'S MOTION
TO DISSOLVE TEMPORARY RESTRAINING ORDER

After considering the Motion to Dissolve Temporary Restraining Order of Beta Sigma Facility Corporation of Kappa Alpha Theta ("Defendant"), and the response, and after a hearing the court:

**GRANTS** the Motion and dissolves the Temporary Restraining Order entered by the County Court at Law No. 1 of Dallas County, Texas, Cause No. CC-22-03989-A, on 31st of July, 2022, and extended by Order of the United States District Court for the Northern District of Texas, Dallas Division on August 17, 2022.

SIGNED on August _____, 2022.

_____
U.S. DISTRICT JUDGE