UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1, 2, 3, 4, 5, 6, 7, 8, and 9 and PARENT DOES 1, 2, 3, 4, and 5 | § § § | |
| v | § | NO. 3:22-CV-01782-M |
| KAPPA ALPHA THETA FRATERNITY, INC. and BETA SIGMA CHAPTER of KAPPA ALPHA THETA FRATERNITY, INC., and BETA SIGMA FACILITY CORPORATION OF KAPPA ALPHA THETA FRATERNITY, INC. | § § § § § § § § § | |

**FACILITY CORP.'S SUPPLEMENTAL EVIDENCE
IN SUPPORT OF MOTION TO DISSOLVE TEMPORARY
RESTRAINING ORDER AND MOTION FOR EMERGENCY HEARING**

Defendant Beta Sigma Facility Corporation of Kappa Alpha Theta Fraternity ("Facility Corp.") submits the Declaration of Kenechukwu "K.C." Mmeje attached hereto as Exhibit A as Supplemental Evidence in Support of its Motion to Dissolve Temporary Restraining Order which was filed on August 17, 2022 at ECF Doc. No. 14.

1

Respectfully submitted,

*[signature]*

John M. Lynch
Texas Bar No. 24063968
John.Lynch@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2100 Ross Avenue, Suite 2000
Dallas, TX 75201
(214) 722-7124 - Telephone
(214) 722-7111 - Fax

**ATTORNEYS FOR DEFENDANT
BETA SIGMA FACILITY CORPORATION
OF KAPPA ALPHA THETA**

### Certificate of Service

I certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on August 18, 2022, ***via CM/ECF***, on the following:

| | |
|---|---|
| Rogge Dunn | Robert A. Bragalone |
| dunn@trialtested.com | bbragalone@grsm.com |
| Greg McAllister | Jason E. Winford |
| mcallister@roggedunngroup.com | jwinford@grsm.com |
| ROGGE DUNN GROUP, PC | GORDON & REES |
| 500 N. Akard Street, Suite 1900 | 2200 Ross Ave, Suite 3700 |
| Dallas, TX 75201 | Dallas, TX 75201 |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendant*** |
| | ***Kappa Alpha Theta Fraternity, Inc.*** |

*[signature]*

John M. Lynch

2