THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1, 2, 3, 4, 5, 6, 7, 8, and 9 and PARENT DOES 1, 2, 3, 4, and 5,<br><br>*Plaintiffs,*<br>v.<br><br>KAPPA ALPHA THETA FRATERNITY, INC. and BETA SIGMA CHAPTER of KAPPA ALPHA THETA FRATERNITY, INC., and BETA SIGMA FACILITY CORPORATION OF KAPPA ALPHA THETA FRATERNITY, INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | No. 3:22-cv-01782-M |

**APPENDIX TO PLAINTIFFS' RESPONSE TO DEFENDANT BETA SIGMA FACILITY CORPORATION'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND MOTION FOR EMERGENCY HEARING**

Pursuant to Northern District of Texas Local Rule 7.1(i), Plaintiffs JANE DOES 1, 2, 3, 4, 5, 6, 7, 8, and 9 and PARENT DOES 1, 2, 3, 4, and 5 (collectively, "Plaintiffs") submit this Appendix in Support of *Plaintiffs' Response to Beta Sigma Facility Corporation's Motion to Dissolve Temporary Restraining Order and Motion For Emergency Hearing*. The Appendix contains the following:

| Exhibit | Document Description | App Page No. |
|---|---|---|
| A | Agreed TRO submitted to the state court | App. 0001-15 |
| B | ECF notices | App. 0016-23 |
| C | TRO hearing transcript | App. 0023-29 |

Respectfully submitted,

_____
**ROGGE DUNN**
State Bar No. 06249500
Email: Dunn@trialtested.com

**GREG McALLISTER**
State Bar No. 24071191
Email: McAllister@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules, on this 18th day of August, 2022 via ECF.

_____
**ROGGE DUNN**
**GREG McALLISTER**