**Troy Brown**

| | |
|---|---|
| **From:** | Jason Winford <jwinford@grsm.com> |
| **Sent:** | Friday, July 29, 2022 4:44 PM |
| **To:** | Rogge Dunn; Seth Little |
| **Cc:** | Anne Besser (AnneBesser@me.com); Bob Bragalone; Greg McAllister; Kent Krause; LaKeisha Phillips; Malerie Anderson Esq. --o/c (manderson@cdklawfirm.com); Troy Brown; Natalie M. McLaughlin (nmmclaughlin@vorys.com) |
| **Subject:** | RE: [External Sender]FW: Does/Theta  TRO to sign |
| **Attachments:** | Temporary Restraining Order.v11.docx |

Seth, here is the copy with all the signatures.

**Jason E. Winford**
Gordon Rees Scully Mansukhani, LLP
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
(214) 231-4760
jwinford@grsm.com

---

**From:** Rogge Dunn <dunn@roggedunngroup.com>
**Sent:** Friday, July 29, 2022 4:42 PM
**To:** Jason Winford <jwinford@grsm.com>; Seth Little <Seth.Little@dallascounty.org>
**Cc:** Anne Besser (AnneBesser@me.com) <AnneBesser@me.com>; Bob Bragalone <bbragalone@grsm.com>; Greg McAllister <McAllister@roggedunngroup.com>; Kent Krause <kkrause@cdklawfirm.com>; LaKeisha Phillips <phillips@roggedunngroup.com>; Malerie Anderson Esq. --o/c (manderson@cdklawfirm.com) <manderson@cdklawfirm.com>; Troy Brown <tbrown@roggedunngroup.com>; Natalie M. McLaughlin (nmmclaughlin@vorys.com) <nmmclaughlin@vorys.com>
**Subject:** RE: [External Sender]FW: Does/Theta TRO to sign

Thanks Jason

Seth that means we have all signatures

Regards,

Rogge

APP 0001



Rogge Dunn Group,  PC
500 N. Akard Street, Suite 1900
Dallas, Texas 75201-6629

**Dir  (214) 220-0077**
Cell  (214) 356-6666

Fax  (214) 220-3833
Download vCard

**Website and Bio:**  http://roggedunngroup.com/attorneys_profiles/rogge_dunn.html















**Board Certified | Civil Trial Law**

**Board Certified | Labor and Employment Law**

APP 0002

*"Civility is not a sign of weakness."*

**--John F. Kennedy,   Inaugural address Jan. 20, 1961**

The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521 and is legally privileged.  The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (Collect)(214-888-5000), and destroy the original message.  Thank You.

**From:** Jason Winford <jwinford@grsm.com>
**Sent:** Friday, July 29, 2022 4:36 PM
**To:** Seth Little <Seth.Little@dallascounty.org>; Rogge Dunn <dunn@roggedunngroup.com>
**Cc:** Anne Besser (AnneBesser@me.com) <AnneBesser@me.com>; Bob Bragalone <bbragalone@grsm.com>; Greg McAllister <McAllister@roggedunngroup.com>; Kent Krause <kkrause@cdklawfirm.com>; LaKeisha Phillips <phillips@roggedunngroup.com>; Malerie Anderson Esq. --o/c (manderson@cdklawfirm.com) <manderson@cdklawfirm.com>; Troy Brown <tbrown@roggedunngroup.com>; Natalie M. McLaughlin (nmmclaughlin@vorys.com) <nmmclaughlin@vorys.com>
**Subject:** RE: [External Sender]FW: Does/Theta TRO to sign

Rogge, it has been signed as to form and emailed back to you.

**Jason E. Winford**
Gordon Rees Scully Mansukhani, LLP
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
(214) 231-4760
jwinford@grsm.com

**From:** Seth Little <Seth.Little@dallascounty.org>
**Sent:** Friday, July 29, 2022 4:23 PM
**To:** Rogge Dunn <dunn@roggedunngroup.com>
**Cc:** Anne Besser (AnneBesser@me.com) <AnneBesser@me.com>; Bob Bragalone <bbragalone@grsm.com>; Greg McAllister <McAllister@roggedunngroup.com>; Jason Winford <jwinford@grsm.com>; Kent Krause <kkrause@cdklawfirm.com>; LaKeisha Phillips <phillips@roggedunngroup.com>; Malerie Anderson Esq. --o/c (manderson@cdklawfirm.com) <manderson@cdklawfirm.com>; Troy Brown <tbrown@roggedunngroup.com>
**Subject:** RE: [External Sender]FW: Does/Theta TRO to sign

APP 0003

Received.

<u>Seth Little</u>
Coordinator, Dallas County Court at Law #1
600 Commerce St, Ste 550, Dallas TX 75202
214-653-6581
View Court 1 rules & procedures at:
https://www.dallascounty.org/government/courts/county_court_at_law/law1/
View case info, docket calendar & scanned documents at:
https://courtsportal.dallascounty.org/DALLASPROD/

---

**From:** Rogge Dunn <dunn@roggedunngroup.com>
**Sent:** Friday, July 29, 2022 4:21 PM
**To:** Seth Little <Seth.Little@dallascounty.org>
**Cc:** Anne Besser (AnneBesser@me.com) <AnneBesser@me.com>; Bob Bragalone <bbragalone@grsm.com>; Greg McAllister <McAllister@roggedunngroup.com>; Jason Winford <jwinford@grsm.com>; Kent Krause <kkrause@cdklawfirm.com>; LaKeisha Phillips <phillips@roggedunngroup.com>; Malerie Anderson Esq. --o/c (manderson@cdklawfirm.com) <manderson@cdklawfirm.com>; Rogge Dunn <dunn@roggedunngroup.com>; Troy Brown <tbrown@roggedunngroup.com>
**Subject:** [External Sender]FW: Does/Theta TRO to sign

Seth,

Counsel for Facility Corporation has signed the order agreed as to form and substance as the Judge instructed. (see below).  Counsel for Theta National has not signed TRO as to form only.  I sent the order to him more than 30 minutes ago (at 3:41 pm).

As noted by counsel for Facility Corporation (in her email below)  the order reflects what the Judge ordered today.   Since its late in the day, we would appreciate the Judge signing the order today so this doesn't drag out over the weekend.

The parties' counsel of record are being copied with this communication and attachments, if any, at the same time and in the same manner as it is being sent to the Court.

Regards,

APP 0004

**Rogge**



Rogge Dunn Group,  PC
500 N. Akard Street, Suite 1900
Dallas, Texas 75201-6629

**Dir  (214) 220-0077**
Cell  (214) 356-6666

Fax  (214) 220-3833
Download vCard

**Website and Bio:**  http://roggedunngroup.com/attorneys_profiles/rogge_dunn.html

APP 0005

  



  





**Board Certified | Civil Trial Law**

**Board Certified | Labor and Employment Law**

*"Civility is not a sign of weakness."*

**--John F. Kennedy,   Inaugural address Jan. 20, 1961**

The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. '' 2510-2521 and is legally privileged.  The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (Collect)(214-888-5000), and destroy the original message.  Thank You.

APP 0006

**From:** Rogge Dunn
**Sent:** Friday, July 29, 2022 3:41 PM
**To:** Jason Winford <jwinford@grsm.com>
**Cc:** Malerie Anderson Esq. --o/c (manderson@cdklawfirm.com) <manderson@cdklawfirm.com>; Greg McAllister
**Subject:** FW: Does/Theta TRO to sign as to form only

Counsel,

Counsel for facility Corporation has signed the attached TRO (see below).  Please review sign same and return to me

Regards,

**Rogge**

Rogge Dunn Group,  PC
500 N. Akard Street, Suite 1900
Dallas, Texas 75201-6629

**Dir  (214) 220-0077**
Cell  (214) 356-6666

Fax  (214) 220-3833
Download vCard

**Website and Bio:**  http://roggedunngroup.com/attorneys_profiles/rogge_dunn.html

APP 0007















**Board Certified | Civil Trial Law**

**Board Certified | Labor and Employment Law**

*"Civility is not a sign of weakness."*

*--John F. Kennedy,   Inaugural address Jan. 20, 1961*

**The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.**

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. '' 2510-2521 and is legally privileged.  The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (Collect)(214-888-5000), and destroy the original message.  Thank You.

8

**From:** Malerie Anderson <manderson@cdklawfirm.com>
**Sent:** Friday, July 29, 2022 3:37 PM
**To:** Greg McAllister <McAllister@roggedunngroup.com>
**Cc:** Rogge Dunn <dunn@roggedunngroup.com>; LaKeisha Phillips <phillips@roggedunngroup.com>; Kent Krause <kkrause@cdklawfirm.com>
**Subject:** Re: Does v Theta, et al

You may sign with my permission. This reflects the Court's ruling.

MTA


On Jul 29, 2022, at 1:33 PM, Greg McAllister <McAllister@roggedunngroup.com> wrote:


Malerie – Please confirm if approved to add your e-signature on attached proposed TRO. Thanks, Greg

**Greg McAllister**
Partner
ROGGE DUNN GROUP, P.C.
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
mcallister@roggedunngroup.com
(214) 747-1304
https://roggedunngroup.com/attorneys/greg-mcallister

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (Collect)(214-220-3888), and destroy the original message.  Thank You.


IMPORTANT/CONFIDENTIAL: This message, including any accompanying documents or attachments, contains information from the law firm of Craddock Davis & Krause LLP that may be privileged, confidential, work product and exempt from disclosure under other applicable privileges and provisions of law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, do not read, copy, use, forward or disclose the email or any of its attachments to others as you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately at our telephone number (214) 750-3550 and destroy the original transmission. Thank you.

**This message came from outside of Dallas County Government. Please be thoughtful before you click a link or provide your login information!**

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

http://www.grsm.com

APP 0010

CAUSE NO. CC-22-03989-A

| | | |
|---|---|---|
| **JANE DOES 1, 2, 3, 4, 5, 6, 7, 8, and 9,** | § | **IN THE COUNTY COURT** |
| **and PARENT DOES 1, 2, 3, 4, and 5,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | |
| | § | **AT LAW NO. 1** |
| **KAPPA ALPHA THETA** | § | |
| **FRATERNITY, INC. and BETA SIGMA** | § | |
| **CHAPTER of KAPPA ALPHA THETA** | § | |
| **FRATERNITY, INC., and BETA** | § | |
| **SIGMA FACILITY CORPORATION** | § | |
| **OF KAPPA ALPHA THETA** | § | |
| **FRATERNITY, INC.,** | § | |
| | § | |
| *Defendants.* | § | **DALLAS COUNTY, TEXAS** |

## TEMPORARY RESTRAINING ORDER

On this day, the Court considered Plaintiffs'[1] Original Petition and Application for Temporary Restraining Order and Injunction ("Petition") with supporting documents and declarations verifying same filed against Kappa Alpha Theta Fraternity, Inc. ("Theta"); Beta Sigma Chapter of Kappa Alpha Theta Fraternity, Inc. ("Beta Sigma Chapter"); and Beta Sigma Facility Corporation of Kappa Alpha Theta Fraternity, Inc. ("Beta Sigma Facility Corporation") (Beta Sigma Chapter and Beta Sigma Facility Corporation are collectively "Beta Sigma").

During the hearing, Plaintiffs withdrew their requests for all other injunctive relief sought in their Original Application for Temporary Restraining Order based on a Rule 11 Agreement reached by Plaintiffs and Kappa Alpha Theta Fraternity, Inc. and Beta Sigma Facility Corporation of Kappa Alpha Theta Fraternity, Inc. without prejudice to seeking said relief at the Temporary Injunction hearing.

After reviewing the evidence, the pleadings, and hearing the arguments of the Parties, the

---

[1] Plaintiffs are (a) Jane Does 1, 2, 3, 4, 5, 6, 7, 8, and 9 (collectively "Student Does") and (b) Parent Does 1, 2, 3, 4, and 5 (collectively "Parent Does"). Collectively, Student Does and Parent Does are "Plaintiffs."

**TEMPORARY RESTRAINING ORDER**

Court makes the following findings of fact and issues the following orders:

It clearly appears that Plaintiffs established (1) a cause of action, (2) probable right to the relief sought, and (3) probable, imminent, and irreparable injury in the event this Temporary Restraining Order is not issued.

Specifically, it clearly appears that (1) Beta Sigma entered into a valid contract with Plaintiffs (whether express or implied) to provide housing to Plaintiffs and (2) Student Does suffered harm as a result of the breach and will suffer irreparable harm (for which there is no adequate remedy at law) as a result of the breach of the contract to provide housing in the absence of the issuance of this Temporary Restraining Order. Accordingly, it appears likely that Plaintiffs have a probable right to the relief sought on their breach of contract cause of action against Beta Sigma regarding the housing contract.

The Court further finds that Plaintiffs provided Defendants with adequate notice of the hearing on Plaintiffs' Application for Temporary Restraining Order. If any Defendant did not appear for the hearing for this Order and argue that this Order was issued *ex parte*, and such was necessary because it appears from the papers that Defendants will commit or continue to commit certain unlawful acts before additional notice of hearing on an application for temporary injunction can be served and the hearing held.

The Court enters this Order to maintain the status quo.

It clearly appears that unless Beta Sigma is subject to an order enjoining Beta Sigma, individually or jointly, and their agents, servants, employees, and others acting in concert or in participation with them, as follows,

1. Beta Sigma, individually or jointly, and their agents, servants, employees, and others acting in concert or in participation with them, is enjoined from not providing residential

**TEMPORARY RESTRAINING ORDER**

housing to the Student Does at the house located at 3108 University Boulevard, Dallas, Texas 75205; and

2. Beta Sigma, individually or jointly, and their agents, servants, employees, and others acting in concert or in participation with them, is enjoined from assigning or transferring the rights of the Student Does to reside at 3108 University Boulevard, Dallas, Texas 75205, then, Plaintiffs will suffer probable, imminent, and irreparable injury because:

1. Plaintiffs' damages and injuries are continuing and, to a large degree, incalculable, not an adequate remedy at law, and/or cannot be measured by any certain proper pecuniary standard; and

2. Certain Student Does need to be able to maintain status quo for certainty about their residences as school begins in 25 days.

**IT IS THEREFORE ORDERED** that this Temporary Restraining Order is hereby issued enjoining Beta Sigma, individually or jointly, and their agents, servants, employees, and others acting in concert or in participation with them from:

1. Not providing residential housing to the Student Does at the house located at 3108 University Boulevard, Dallas, Texas 75205; and

2. Assigning or transferring the rights of the Student Does to reside at 3108 University Boulevard, Dallas, Texas 75205.

from the date of the entry of this Order and until the 14th day after entry, or until further order of this Court, or agreement of the parties, extending the duration of this Temporary Restraining Order.

**IT IS FURTHER ORDERED** that Plaintiffs' Application for a Temporary Injunction shall be heard before the Honorable Judge D'Metria Benson of the County Court at Law No. 1 in Dallas County, Texas on the 17th day of August, 2022, at 2:00 p.m.

**TEMPORARY RESTRAINING ORDER**

**IT IS FURTHER ORDERED** that the Clerk of the above-entitled Court shall forthwith, on the filing by Plaintiffs of the bond hereafter required, and on approving the same according to the law, issue a Temporary Restraining Order in conformity with the law and the terms of this Order.

**IT IS FURTHER ORDERED** that this Order shall not be effective unless and until Plaintiffs execute and file with the Clerk a Bond, in conformity with the law, in the amount of $500.00, which the Court finds will adequately protect the interests of Beta Sigma pending a hearing on Plaintiffs' Application for Temporary Injunction.

Failure to comply with this Order will subject Beta Sigma and their agents, servants, employees, and others acting in concert or in participation with Beta Sigma to contempt proceedings before this Court.

SIGNED this the ____ day of _____, 2022, at _____, ___ m.

_____

**JUDGE PRESIDING**

R: 1\1870\010 - PC22_Theta\Pleadings\Drafts\Temporary Restraining Order.doc

APP 0014

4

**AGREED AS TO FORM ONLY**

_____
Rogge Dunn
Counsel for Plaintiffs


_/s/ Jason Winford_
Bob Bragalone
Jason Winford
Counsel for Kappa Alpha Theta Fraternity, Inc.



AGREED AS TO FORM AND SUBSTANCE

_/s/Malerie Anderson_
Malerie Anderson
Counsel for Beta Sigma Facility Corporation of Kappa Alpha Theta Fraternity, Inc.

**TEMPORARY RESTRAINING ORDER**