EXHIBIT B

## Troy Brown

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Monday, August 15, 2022 4:49 PM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 3:22-cv-01782-M Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al Judge Lynn |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 8/15/2022 at 4:49 PM CDT and filed on 8/15/2022

| | |
|---|---|
| **Case Name:** | Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al |
| **Case Number:** | 3:22-cv-01782-M |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (sxf)**

**3:22-cv-01782-M Notice has been electronically mailed to:**

Malerie T Anderson    manderson@cdklawfirm.com

Kent C Krause    manderson@cdklawfirm.com, kkrause@cdklawfirm.com, mmartin@cdklawfirm.com

Jason Edward Winford    jwinford@grsm.com

Greg Patrick McAllister    efiling@roggedunngroup.com, mcallister@roggedunngroup.com, vanderburg@roggedunngroup.com

R Rogge Dunn     efiling@roggedunngroup.com, vanderburg@roggedunngroup.com, dunn@trialtested.com

Robert A Bragalone     wl_dfwsupport@grsm.com, bbragalone@gordonrees.com, dhouser@grsm.com

**3:22-cv-01782-M The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerks office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

**Troy Brown**

---

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Tuesday, August 16, 2022 4:51 PM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 3:22-cv-01782-M Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al Motion for TRO |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered by Dunn, R on 8/16/2022 at 4:51 PM CDT and filed on 8/16/2022

| | |
|---|---|
| **Case Name:** | Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al |
| **Case Number:** | 3:22-cv-01782-M |
| **Filer:** | Jane Does 1-9 |
| **Document Number:** | 7 |

**Docket Text:**
**Emergency MOTION for Temporary Restraining Order *and Brief Supporting Same* filed by Jane Does 1-9 with Brief/Memorandum in Support. (Dunn, R)**


**3:22-cv-01782-M Notice has been electronically mailed to:**

Greg Patrick McAllister     mcallister@roggedunngroup.com, efiling@RoggeDunnGroup.com, Vanderburg@RoggeDunnGroup.com

Jason Edward Winford     jwinford@grsm.com

Kent C Krause     kkrause@cdklawfirm.com, manderson@cdklawfirm.com, mmartin@cdklawfirm.com

Malerie T Anderson     manderson@cdklawfirm.com

R Rogge Dunn     dunn@trialtested.com, efiling@RoggeDunnGroup.com, tbrown@RoggeDunnGroup.com, vanderburg@RoggeDunnGroup.com

Robert A Bragalone     bbragalone@gordonrees.com, dhouser@grsm.com, WL_DFWSupport@grsm.com

**3:22-cv-01782-M The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=8/16/2022] [FileNumber=14193598-0] [b6efb1af2c7e3b186bcc7507a3f8242652d4603fc83beb57762c96a9a6a6b9bd9f1efb8eaebf39877eeebdbe6673e2e0d8d2457bf62e35db8d96ae37dff61e39]]

**Troy Brown**

---

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Tuesday, August 16, 2022 5:18 PM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 3:22-cv-01782-M Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al Appendix in Support |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

U.S. District Court

Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Dunn, R on 8/16/2022 at 5:18 PM CDT and filed on 8/16/2022

| | |
|---|---|
| **Case Name:** | Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al |
| **Case Number:** | 3:22-cv-01782-M |
| **Filer:** | Jane Does 1-9 |
| **Document Number:** | 8 |

**Docket Text:**
**Appendix in Support filed by Jane Does 1-9 re [7] Emergency MOTION for Temporary Restraining Order** *and Brief Supporting Same Partially Unopposed Emergency Motion to Modify Temporary Restraining Order and Brief Supporting Same* **(Attachments: # (1) Exhibit(s)) (Dunn, R)**

**3:22-cv-01782-M Notice has been electronically mailed to:**

Greg Patrick McAllister    mcallister@roggedunngroup.com, efiling@RoggeDunnGroup.com, Vanderburg@RoggeDunnGroup.com

Jason Edward Winford    jwinford@grsm.com

Kent C Krause    kkrause@cdklawfirm.com, manderson@cdklawfirm.com, mmartin@cdklawfirm.com

1

Malerie T Anderson     manderson@cdklawfirm.com

R Rogge Dunn     dunn@trialtested.com, efiling@RoggeDunnGroup.com, tbrown@RoggeDunnGroup.com, vanderburg@RoggeDunnGroup.com

Robert A Bragalone     bbragalone@gordonrees.com, dhouser@grsm.com, WL_DFWSupport@grsm.com

**3:22-cv-01782-M The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=8/16/2022] [FileNumber=14193721-0] [4438a69c8e792979b1d56dd623c566658cf7d16cbd86ce496ab733d571f6d78de8 6f4d1fadbb491a4c6b18219e6974d6505eb41f1ea1100e02ec48f181e54b02]]
**Document description:**Exhibit(s)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=8/16/2022] [FileNumber=14193721-1] [768a2d4c463f11b36c33880dd8bffb9d7f017f850b1d7974760b536e4ed99e9fdf 4d76081b4ed83519d9c5c4d5e9a39dbe9dc8b18e986465a589a3dc292ede9c]]

# Troy Brown

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Wednesday, August 17, 2022 9:48 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 3:22-cv-01782-M Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al Notice of Attorney Appearance |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Lynch, John on 8/17/2022 at 9:47 AM CDT and filed on 8/17/2022
**Case Name:**       Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al
**Case Number:**     3:22-cv-01782-M
**Filer:**           Beta Sigma Facility Corporation
**Document Number:** 9

**Docket Text:**
**NOTICE of Attorney Appearance by John Martin Lynch on behalf of Beta Sigma Facility Corporation. (Filer confirms contact info in ECF is current.) (Lynch, John)**


**3:22-cv-01782-M Notice has been electronically mailed to:**

Greg Patrick McAllister     mcallister@roggedunngroup.com, efiling@RoggeDunnGroup.com, Vanderburg@RoggeDunnGroup.com

Jason Edward Winford     jwinford@grsm.com

John Martin Lynch     john.lynch@lewisbrisbois.com, Krystal.Molina@lewisbrisbois.com

Kent C Krause     kkrause@cdklawfirm.com, manderson@cdklawfirm.com, mmartin@cdklawfirm.com

1

APP 0022

Malerie T Anderson     manderson@cdklawfirm.com

R Rogge Dunn     dunn@trialtested.com, efiling@RoggeDunnGroup.com, tbrown@RoggeDunnGroup.com, vanderburg@RoggeDunnGroup.com

Robert A Bragalone     bbragalone@gordonrees.com, dhouser@grsm.com, WL_DFWSupport@grsm.com

**3:22-cv-01782-M The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=8/17/2022] [FileNumber=14194518-0] [8cbdf6f254f535bf8d4e5a9d2fcd452b26abd736273888aa1d4f9835983531bd9fdb4eebc2f69178616a0815ceb716e54ce66ba29cf43610696ce589f531e5e9]]