EXHIBIT
C

1               **REPORTER'S RECORD**
            VOLUME 1 OF 1 VOLUME
2           **CAUSE NO. CC-22-03989-A**

JANE DOES 1, 2, 3, 4, 5, 6,  )   IN THE COUNTY COURT
3  7, 8, AND 9 AND              )
PARENT DOES 1, 2, 3, 4, AND 5 )
4                     )
        Plaintiffs,          )
5                     )
VS.                          )   AT LAW NO. 1
6                     )
KAPPA ALPHA THETA FRATERNITY, )
7  INC. AND BETA SIGMA CHAPTER  )
OF KAPPA ALPHA THETA         )
8  FRATERNITY, INC., AND BETA   )
SIGMA FACILITY CORPORATION   )
9  OF KAPPA ALPHA THETA         )
FRATERNITY, INC.,            )
10                   )
       Defendants.          )   DALLAS COUNTY, TEXAS
11  -------------------------------------------------------

12   **PLAINTIFFS' ORIGINAL PETITION AND APPLICATION/MOTION FOR**
     **TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF**
13
     -------------------------------------------------------
14

15

16

17       On the 27th day of July, 2022, the following

18  proceedings came on to be heard outside the presence of

19  a jury in the above-entitled and -numbered cause before

20  the Honorable D'METRIA BENSON, judge presiding, held in

21  Dallas, Dallas County, Texas.

22       Proceedings reported by computerized stenotype

23  machine.  Reporter's Record produced by computer-aided

24  transcription.

25

2

```
1                    APPEARANCES (VIA ZOOM)

2    MR. ROGGE DUNN
     SBN 06249500
3    MR. GREG MCALLISTER
     SBN 24071191
4    Rogge Dunn Group, PC
     500 N. Akard St.
5    Suite 1900
     Dallas, Texas 75201
6    (214)888-5000
     ATTORNEYS FOR PLAINTIFFS
7
           -- AND --
8
9    MR. JASON E. WINFORD
     SBN 00788693
10   Gordon & Rees
     2200 Ross Avenue
11   Suite 3700
     Dallas, Texas 75201
12   (214)231-4660
     ATTORNEY FOR DEFENDANT
13   KAPPA ALPHA THETA FRATERNITY, INC.

14         -- AND --

15   MS. MALERIE ANDERSON
     SBN 24087102
16   Craddock Davis & Krause, LLP
     3100 Monticello Avenue
17   Suite 550
     Dallas, Texas 75205
18   (214)750-3557
     ATTORNEY FOR DEFENDANT
19   BETA SIGMA FACILITY CORPORATION OF
     KAPPA ALPHA THETA FRATERNITY, INC.
20
     ALSO PRESENT:
21
     MS. NATALIE MCLAUGHLIN, attorney for Kappa Alpha Theta
22   Fraternity, Inc.

23

24

25
```

1                            **INDEX**

2    **JULY 27, 2022**                        **PAGE**    **VOL.**

3    PROCEEDINGS.............................    4          1

4    END OF PROCEEDINGS......................    62         1

5    REPORTER'S CERTIFICATE..................    63         1

6

7                    **EXHIBIT INDEX (NONE)**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    We want to stop -- that includes the discipline.  We

2    want to stop them from breaching any contracts or

3    altering any contracts or playing games by assigning

4    these housing contracts.  And we want the Court to order

5    the facility corporation, Ms. Anderson's organization,

6    from not providing the residential housing that's there.

7    And we think that that is certainly maintaining status

8    quo for the next 14 days while we can get some limited

9    discovery to sort all this out.

10                    That's not only in the interest of

11   justice, but that also is to avoid irreparable harm of

12   19 to 21-year-old students that are literally having the

13   rug pulled out from under them 27 days before they have

14   to start school and live on campus per SMU's

15   requirements.

16                    THE COURT:  All right.  Who wants to be

17   the first to respond?

18                    MS. ANDERSON:  I can go briefly just on

19   behalf of the housing corporation, the facility

20   corporation, that controls the property where the Theta

21   House is located.  We're an adverse party in this

22   situation; however, we are in line with the injunctive

23   relief sought.  We are ready, willing, and able to

24   provide the housing that's available to SMU students,

25   including the girls who are members or rising sophomores

1    to fulfill their requirement as part of the SMU student

2    obligations and provide that through the service plan.

3    We have been in active communications with the SMU

4    students that are involved and have, you know,

5    essentially told them we're not able to confirm their

6    ability to live in a house until this investigation and

7    the decision from National has been decided.

8             And so, to the extent that the Beta Sigma

9    Facility Corporation is involved, we are in line with

10    the injunctive relief.  And we are ready and capable of

11    providing the housing.

12             THE COURT:  All right.  Mr. Winford?

13             MR. WINFORD:  Yes, Your Honor.  Let me

14    speak to two points or two aspects of this, which is

15    both the membership, as well as the housing issue.  To

16    directly address the housing issue, it is my

17    understanding -- and I can ask Ms. McLaughlin if the

18    Court will allow.  But it's my understanding that as far

19    as the status quo, the status quo is that SMU has

20    suspended Kappa Alpha Beta Local Chapter at SMU.  The

21    university has suspended it.

22             And under that arrangement between SMU and

23    Beta National, SMU does not -- will not allow students,

24    any student to live at the Theta House for the next two

25    years.  I believe that was effective yesterday.  And the

1    live at the house.  So I think it is that direct in

2    answer to your question.

3                And then secondly, Judge --

4                THE COURT:  Wait, wait.  So I'm trying to

5    figure out how Paragraph 19 fits in.  If Paragraph 19

6    comes into play, because the chapter has been

7    disestablished or ceases to be recognized, it allows the

8    Facility Corporation to continue to lease the premises

9    and to the students.

10               MS. ANDERSON:  It may be helpful.  So the

11   Facility Corporation owns the property but does have an

12   agreement with SMU to provide housing specific to SMU

13   students; first, to those who are in the Theta

14   organization.  And if the people cannot fulfill the

15   requirement for whatever reason, then it goes to SMU

16   students.  That's the underlying agreement between the

17   housing corp and SMU.

18               However, this case we are so close to the

19   date of starting school and we have -- some of these

20   girls have already signed these license agreements.  So

21   on behalf of the housing corp, it is, you know, our

22   interest to simply honor these and let these girls move

23   in.  And if it's -- you know, we have additional rooms

24   available, offer those to additional SMU students

25   perhaps, but at the very least, for the girls who signed

1    STATE OF TEXAS      )

2    COUNTY OF DALLAS    )

3            I, Cathye Moreno, Official Court Reporter in

4    and for the County Court of Dallas County, Texas, County

5    Court at Law Number One, State of Texas, do hereby

6    certify that to the best of my ability the above and

7    foregoing contains a true and correct transcription of

8    all portions of evidence and proceedings requested in

9    writing to be included in the Reporter's Record, in the

10   above-styled and -numbered cause, all of which occurred

11   in open court or in chambers and were reported by me.

12           I further certify that this Reporter's Record

13   of the proceedings truly and correctly reflects the

14   exhibits, if any, admitted by the respective parties.

15           I further certify that the total cost for the

16   preparation of this Reporter's Record is $472.50 and

17   will be paid by Rogge Dunn Group.

18           WITNESS MY OFFICIAL HAND this the 5th day of

19   August, 2022.

20

21                  /s/ Cathye G. Moreno
                    Cathye G. Moreno, Texas CSR #6076
22                  Expiration Date:  07/31/2023
                    Official Court Reporter
23                  County Court at Law No. 1
                    600 Commerce Street, Suite 550
24                  Dallas, Texas 75202
                    cathyemoreno@sbcglobal.net
25                  (214)653-7496