Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Nandita Berry
Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that on April 07, 2014, THETA EDUCATIONAL FOUNDATION OF SOUTHERN METHODIST UNIVERSITY, a Domestic Nonprofit Corporation (file number 10378501), changed its name to Beta Sigma Facility Corporation of Kappa Alpha Theta.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on May 27, 2014.



*Nandita Berry*
Nandita Berry
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10267 | Document: 546220940003 |