AGREEMENT FOR ORGANIZATIONAL ACCOUNTABILITY
BETWEEN
KAPPA ALPHA THETA FRATERNITY
AND
SOUTHERN METHODIST UNIVERITY

This plan and Agreement for Organizational Accountability (Agreement) is made by and between the Kappa Alpha Theta Fraternity, Inc. (Theta) and Southern Methodist University, a non-profit Texas corporation (SMU or University) in order to jointly address the organizational status, recognition, and operations of the Beta Sigma Chapter of the Kappa Alpha Theta Fraternity at SMU (Chapter).

WHEREAS, SMU and Theta have agreed to collaboratively provide mutual support and oversight to the Chapter in order to address leadership and cultural issues within the Chapter which have contributed to reports of alleged conduct by Chapter members which is incongruent with the policies of SMU, including but not limited to, the *SMU Student Code of Conduct*, and, the Kappa Alpha Theta Constitution and Bylaws and expectations of members of Theta;

WHEREAS, cultural changes do not occur quickly, and SMU and Theta are committed to working together over the course of several years to create a stronger and healthier Chapter;

WHEREAS, the Chapter was placed on discretionary notice by Theta in January 2022 following a 2020 Charter Review for hazing; the Chapter was notified by Theta on February 27, 2022 that it was under another Charter Review and under the direction of the college district director the Chapter was notified by Theta on April 27, 2022 that the Chapter Charter was suspended due to events surrounding the Chapter's Big/Little Reveal event held on February 10, 2022, as well as the Chapter's history of hazing, a Chapter culture placing an extreme importance on alcohol consumption and underage drinking, and the Chapter's mistreatment of pledges and active members;

WHEREAS, the Chapter was under an Organization Accountability Agreement in February 2022 for violations of the SMU Student Code of Conduct that occurred during the Fall 2020 semester, which included charges of Hazing, Alcohol, and Irresponsible Conduct;

WHEREAS, the Chapter was notified on April 8, 2022 by the SMU Office of the Dean of Students that it must immediately cease and desist all Chapter activities due to reports received by SMU and Theta of alleged conduct which occurred on February 10, 2022 involving possible hazing, violation of state alcohol laws, and physical injuries sustained by new members due to underage and excessive alcohol consumption;

WHEREAS, Theta and SMU have together determined that the Chapter must complete the following requirements in order to regain recognition and good standing with both SMU and Theta.

1

JANE DOES 000134

1. **Recognition of the Beta Sigma Chapter at SMU**

    a. SMU and Theta agree that the Chapter will not seek or be granted recognition from SMU, or attempt to recruit any new members for the purpose of reinstituting the Chapter before May 15, 2024.
    b. The Chapter is prohibited from engaging in any activity that is associated with the Beta Sigma Chapter or Kappa Alpha Theta Fraternity related to the SMU campus between now and May 15, 2024, including underground groups.
    c. If an underground group of the Kappa Alpha Theta Fraternity or Beta Sigma Chapter exists, or comes into being, the Chapter may not conduct recruitment activities until at least two years after the underground group has ceased to function.
    d. Any individual who is found to be participating in any "underground" organization of the fraternity shall be individually subject to disciplinary action pursuant to the SMU *Student Code of Conduct*, as well as disciplinary action pursuant to the Kappa Alpha Theta Constitution and Bylaws.

2. **Term of the Agreement**

The term of this Agreement shall be effective upon the signature of both parties and shall continue through May 15, 2026, assuming all aspects of this agreement are satisfactorily and fully completed by that date. The timeframe for the duration of this agreement is to ensure that the recommended changes are allowed adequate time to become part of the ongoing culture of the Chapter.

3. **Suspension**

Effective immediately, the Chapter is suspended from Southern Methodist University through May 15, 2024 ("Suspension Period"). This decision is a mutual effort between SMU and Theta and is not subject to appeal or modification by the Chapter.

   a. During the Suspension Period, neither the Chapter nor Theta may engage in any activities hosted by Kappa Alpha Theta Fraternity and/or the Beta Sigma Chapter – whether in name or by appearance, including but not limited to: recruitment activities, Boulevard tents, or other events, whether on or off campus. Should there be any event perceived to be associated with Kappa Alpha Theta and/or the Beta Sigma Chapter during this Suspension Period, the two-year suspension will start over from the time of the alleged activity. The Kappa Alpha Theta Fraternity shall report promptly to SMU any behavior, conduct, or events of which it becomes aware, regardless of the source of the information, regarding potential underground Kappa Alpha Theta groups at SMU. Likewise, SMU shall report promptly to Theta any behavior, conduct, or events of which it becomes aware, regardless of the source of the information, regarding potential underground Kappa Alpha Theta groups that involve unaffiliated Theta members.

   b. The Chapter's local house corporation, the Beta Sigma Facility Corporation Board of Kappa Alpha Theta (House Corporation) may work with SMU to operate or sub-lease living space in the Chapter facility located at 3108 University Boulevard, Dallas, Texas (Chapter House) as an SMU student residential facility during the 2022-2023 and 2023-2024 academic years. Such use of the Chapter House will be limited to housing female

JANE DOES 000135

SMU students who are not current or former members of the Chapter, or Kappa Alpha Theta. SMU will continue to work with the House Corporation to utilize the chapter facility for upper-division student residential housing until the Beta Sigma chapter is re-established at SMU.

c. Chapter members who are current students at Southern Methodist University will be granted unaffiliated student status, effective immediately, and will become Kappa Alpha Theta alumnae at their anticipated date of graduation. They are not eligible to join other sororities at SMU.

d. During the Suspension Period, Theta will recruit, train, and establish an Alumnae Advisory Board (Board) who will support and assist the Beta Sigma Chapter at SMU upon conclusion of the Suspension Term, and during the re-establishment of the Chapter. SMU and Theta will collaborate on the development of the Board. These efforts may commence immediately.

**4. University Recognition of Chapter - No Earlier than May 15, 2024**

Kappa Alpha Theta agrees that it will not seek recognition from Southern Methodist University or attempt to recruit any new members for the purpose of re-establishment of the Beta Sigma Chapter before May 15, 2024. Kappa Alpha Theta must work with staff in the Office of Fraternity and Sorority Life at SMU and the SMU Panhellenic Council should it wish for the Chapter to be considered for reinstatement after May 15, 2024. While Kappa Alpha Theta may be eligible to seek recognition by SMU at that time, they are not required to seek recognition on that date. All re-establishment procedures must be in line with the National Panhellenic Conference (NPC) Manual of Information regarding re-establishment following closure by the host institution.

**5. New Member Recruitment**

Kappa Alpha Theta Fraternity may begin conversations with staff in the Office of Fraternity and Sorority Life at SMU no earlier than February 1, 2024 about the possibility of re-establishment of the Chapter. Recruitment dates must be agreed upon by both Kappa Alpha Theta and SMU, and any new members who Kappa Alpha Theta recruits must be initiated before the last class day of the semester in which they were recruited or within the six-week new member education timeframe, whichever is shorter.

**6. Ongoing Requirements Following Re-Establishment of the Chapter at SMU**

**a. Mandatory Annual Alcohol and Risk Management Education and Programming**

Upon conclusion of the Suspension Period and reinstatement of the Chapter and recognition by SMU, each spring semester, the Chapter must conduct a professional and thorough training that educates all members on decision making regarding use of alcohol and other substances, as well as proper risk management protocols. Attendance by all Chapter members is mandatory. The organized plan and date for this educational programming must be submitted for approval to the Office of Student Conduct and Community Standards by December 15th, and the program should be presented no later

3

JANE DOES 000136

than the 10th class day of the spring semester with all members in attendance (the information may be presented over multiple dates if all members cannot attend the same date). By February 15th, documentation of members' attendance and participation in the program should be submitted to the Office of Student Conduct and Community Standards.

#### b.    Hazing Prevention and Reporting Education and Programming

Upon conclusion of the Suspension Period and reinstatement of the Chapter and recognition by SMU, each semester the Chapter must conduct a professional and thorough hazing prevention and mandatory reporting program which educates all members on prohibited conduct and mandatory reporting of acts of hazing pursuant to the Texas Anti-Hazing Statute, found in the Texas Education Code, Chapter 37, Subchapter F at §37.151. Attendance at this session by all Chapter members is mandatory. The organized plan and date for this educational programming must be submitted for approval to the Office of Student Conduct and Community Standards by August 1st for the fall semester and December 15th for the spring semester, and the program should be presented no later than the 10th class day of each semester with all members in attendance. (The information may be presented over multiple dates if all members cannot attend the same date.) By September 15th and February 15th, documentation of members' attendance and participation in the program each fall and spring semester, respectively, should be submitted to the Office of Student Conduct and Community Standards.

#### c.    Requirement of Notification of this Agreement to Members.

Upon conclusion of the Suspension Period and reinstatement of the Chapter and recognition by SMU, at the beginning of each semester for the duration of this Agreement, the members of the Chapter must be informed of the terms of this Agreement via e-mail and during the first chapter meeting of each semester. The Chapter shall submit documentation of the required notification to the Office of Student Conduct and Community Standards by the 10th class day of the fall and spring semesters.

#### d.    Communication between SMU and Kappa Alpha Theta

In order to timely and efficiently address any additional conduct incidents involving the Chapter or individual members, the SMU Office of Student Conduct and Community Standards agrees to provide information regarding any alleged violations of the SMU *Student Code of Conduct* to the Kappa Alpha Theta headquarters staff as soon as reasonably practicable. To facilitate sharing of conduct information from SMU education records regarding SMU students, the Chapter will provide Chapter members with the "SMU Release of Information to Third Party" form in compliance with the federal Family Educational Right to Privacy Act, also known as "FERPA" or the "Buckley Amendment." The Chapter will be responsible for securing these signed releases for their members, as needed and providing them to SMU and Theta upon request.

IN WITNESS WHEREOF, SMU and Theta have respectively caused this Agreement to be executed by their duly authorized representatives as of the date and year written below:

4

JANE DOES 000137

SOUTHERN METHODIST UNIVERSITY

*[signature]*

K.C. Mmeje, Ed.D.
Vice President for Student Affairs

7/26/2022
Date

KAPPA ALPHA THETA FRATERNITY

*[signature]* Erica Ochs

Erica Ochs
Fraternity President

July 26, 2022
Date

5

JANE DOES 000138