## **DECLARATION OF KENECHUKWU "K.C." MMEJE**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

1. My name is Kenechukwu "K.C." Mmeje. I am over 21 years of age and am fully competent to make this Declaration, which I voluntarily make. I have personal knowledge of the facts stated herein, which all are true and correct.

2. I am the Vice President of Student Affairs at Southern Methodist University ("SMU"). In this role, of my job responsibilities include oversight and responsibility for all departments in the Division of Student Affairs, including Residence Life and Student Housing (RLSH), the Office of Student Conduct and Community Standards, and Fraternity and Sorority Life.

3. On April 27, 2022, the Beta Sigma Chapter at SMU, (the "Chapter") of the Kappa Alpha Theta Fraternity, Inc ("Theta National") was notified by Theta National that the Chapter Charter was suspended due to events surrounding a Chapter event held on February 10, 2022. On July 26, 2022, SMU and Theta National entered into an Agreement for Organizational Accountability (the "Agreement") to jointly address the organizational status, recognition, and operations of the Chapter. A copy of the Agreement is attached as <u>Exhibit 1</u>.

4. The Agreement provides that the Chapter was suspended from SMU, through May 15, 2024. In addition, the Agreement provides the Chapter Facility Corporation may operate the Chapter Facility on a limited basis only during the 2022-23 and 2023-24 academic years. Per the terms of the Agreement, SMU students who are current or former members of the Chapter, or other Kappa Alpha Theta chapters, are prohibited from residing at the former Chapter House during both the 2022-23 and 2023-24 academic years.

5. On July 27, 2022, SMU and Kappa Alpha Theta jointly notified the Chapter members of the two-year suspension and that the Chapter House would cease to function as a Chapter facility, effective immediately.

6. On July 28, 2022, SMU notified seventeen (17) Chapter members who had been granted exemptions from SMU's on-campus housing requirement and had executed Residential Sub-Lease Agreements with Theta National, that, in light of the closure of the Chapter House and cancellation of the Residential Sub-Lease Agreements, SMU would provide alternate on-campus residential accommodations, or, the students could elect to request an exemption from SMU's on-campus living requirement and advise SMU where they planned to live off-campus.

7. That same day, July 28, 2022, 14 of the 17 recipients responded to SMU, choosing the exemption from the on-campus housing requirement and advised SMU of their intended housing arrangements for the 2022-2023 academic year. The remaining 3 replied by the August 1, 2022 deadline. All 17 of the Chapter members indicated that they had secured other housing for the 2022-23 academic year, including by indicating they signed leases at Eastline Residences. None of the women requested to live in another on-campus residence facility.

8. At the Chapter Facility Corporation's request, SMU made thirteen (13) upper-division transfer students aware of the housing opportunity at the former Theta House. These upper-division transfer students applied for on-campus housing, but SMU was unable to accommodate the students on campus because they are not required to live on-campus for a period of time. To date, four (4) of the thirteen (13) transfer students have signed license agreements with the Chapter Facility Corporation to reside in the former Theta House for the 2022-2023 academic year. To my knowledge, the thirteen (13) upper division transfer students who were made aware of the housing opportunity are not (and were not) members of Kappa Alpha Theta.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __18__ day of August, 2022.

Kenechukwu "K.C." Mmeje
Vice President for Student Affairs
Southern Methodist University