UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1–9 and PARENT DOES 1–5, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:22-cv-1782 |
| v. | § § § | |
| KAPPA ALPHA THETA FRATERNITY INC.; BETA SIGMA FACILITY CORPORATION; BETA SIGMA CHAPTER, | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the plaintiffs' emergency motion to quash a subpoena that defendant Theta National directed toward non-party Southern Methodist University. [Doc. No. 12.] Federal Rule of Civil Procedure 26(d)(1) states: "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." When Theta National issued the subpoena, the parties had not yet conferred as required by Rule 26(f), and none of the exceptions to Rule 26(d)(1) apply here. Therefore, Theta National violated Rule 26(d)(1). The Court **GRANTS** the motion to quash.

1

**IT IS SO ORDERED** this 19th day of August, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE