# United States District Court

Northern District of Texas

Karen Mitchell  
Clerk of Court

Dallas Division

8/19/2022

County Court at Law No. 1  
George L. Allen, Sr. Courts Building  
600 Commerce Street  
Dallas, TX 75202

RE: 3:22-cv-1782-M, Remand Order

    Style:  Does 1-9 et al v. Kappa Alpha Theta Fraternity Inc et al

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the   County Court at Law No. 1 of Dallas County, TX   , CC-22-03989-A along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 214-753-2633 .

Sincerely,  
Karen Mitchell, Clerk

By: s/A. Lowe  
      Deputy Clerk

Enclosure   Order and Docket Sheet

cc:   Counsel of Record  
      Case file (public entry)